**Order filed April 14, 2020**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-19-00234-CV

———————

### ERVIN WALKER, Appellant

### V.

### HOLMES, DIGGS, EAMES & SADLER, ALICE OLIVER-PARROTT P.C., BBVA COMPASS, ANTHONY J. COLUNGA AND SHANTA TATE,
**Appellee s**

---

**On Appeal from the 129th District Court
Harris County, Texas
Trial Court Cause No. 2018-00433**

---

## O R D E R

The clerk's record was filed April 15, 2019. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain the trial court's order granting severance of all claims by and between plaintiff, Erwin Walker and defendants, Compass Bank, Anthony J. Colunga, and Shanta Tate signed August 14, 2018.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before April 28, 2020, containing the trial court's order granting severance of all claims by and between plaintiff, Erwin Walker and defendants, Compass Bank, Anthony J. Colunga, and Shanta Tate signed August 14, 2018.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.


PER CURIAM


Panel consists of Justices Christopher, Wise, and Zimmerer.